

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**Houston** DIVISION

Andrew Lawson

versus

Texas Dept of Criminal Justice (TDCJ)
(Pam Lychner State Jail).

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: **Andrew Lawson**

   Address: **P.O. Box 3000**
   **Cypress, TX 77410**

   County of Residence: **Harris County.**

3. The defendant is: **Texas Dept of Criminal Justice**
   **(Pam Lychner State Jail)**

   Address: **2 Financial Plaza Ste 600**
   **Huntsville, TX 77340.**

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on **4-30-2018** with the Equal Opportunity Commission.

5. On the date of **05-04-2018**, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a) ☑ race

    (b) ☑ color

    (c) ☐ sex

    (d) ☐ religion

    (e) ☑ national orgin,

    the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☑ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☐ other: _____

7. When and how the defendant has discriminated against the plaintiff:

    - Falsified my Personnel records intentionally to sabotage my Career.
    - Singled out, punished discriminatorily.
    - Retaliation against me for whistleblowing
    - Threatened to falsified documents or get written up and lose my job.

8. The plaintiff requests that the defendant be ordered:

    (a) ☑ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☑ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

(e) ☑ to be held liable for financial, emotional, Mental distress lost wages, libel and slander, defamation of character _____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: P.O. BOX 3000
CYPRESS, TX 77410

Telephone: 281-690-6604.

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
__Houston__ DIVISION

Andrew Lawson §
 §
versus § CIVIL ACTION NO. _____
 §
Texas Dept of Criminal Justice §
(PAM LYCHNER STATE JAIL). §
 §
 §

ORIGINAL COMPLAINT

Andrew Lawson

P. O. Box 3000

Cypress, Texas 77410

281-690-6604

United States District Court

Southern District of Texas

Houston Division

| | |
|---|---|
| Andrew Lawson | |
| P. O. Box 3000 | |
| Cypress, Texas 77410-3000 | |
| 281-690-6604 | CASE NO.: |
| *Plaintiff* | DEPT. NO.: |
| Vs | |
| Texas Department of Criminal Justice | |
| (Pam Lychner State Jail) | |
| 2356 Atascocita Road | |
| Humble, Texas 77396 | |
| *Defendant* | |

To Whom It May Concern:

The aforementioned court of law has jurisdiction in this case being presented for the following reasons:

1

I. Violation of protected Title VII Civil Rights Act of 1964 which outlaws discrimination based on race, color, religion, sex, or national origin.

II. EEOC Act of 1972 Violation

III. Filed in the designated district where the defendant resides or is located. Origin of the case.

During the course of my employment at Pam Lychner State Jail, I, the plaintiff, had been subjected to discrimination, bias, ridicule, and hostile working environments because of my race, color, national origin, religion, etc.

I. Singled out and discriminated against for violating grooming standards even though I followed proper protocol by furnishing my employer with medical facts, my religious attempts to requesting reasonable accommodation was always disregarded.

II. My medical documentation, which was in my employee file, was sabotaged and medical papers destroyed intentionally so that it appears that I broke company policy. HR at my unit was responsible for protecting my records but they disregarded mine. (All employee files by policy are supposed to be safe with HR)

III. Disciplined with unnecessary write ups that don't even pertain to me, using fictitious social security numbers and even though I complained several times about that, employer didn't care and still held me in violation.

IV. Under duress and threat of termination, I was ordered to falsify state documents in which when I refused, I got write ups and went through termination procedures.

V. Told to falsify use of force documents by supervisors and when I refused, threats of disciplinary were imposed and harsh punishment was given. Because I was always put on

2

|      |                                                                                                                                                                                                 |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | back to back disciplinaries, the ability to get a salary increase or promotion was directly affected.                                                                                           |
| VI.  | Even during seldom authorized breaks, I still faced discrimination for no justified reason. Other employees are not treated like that. I filed EEO with HR but they always dismissed them on no grounds. |
| VII. | Filed a formal complaint with an external entity to whistle blow about the malpractice going on, which subsequently led to retaliation.                                                         |
| VIII.| Retaliation for making formal complaints with the unit's human resources department.                                                                                                            |
| IX.  | Terminated me for no justified reason other than on the basis of discrimination.                                                                                                                |

I hereby plead with this court, having reviewed this case thoroughly, to grant me judgement to the maximum cap permissible by law.

Dated: 08-01-18

Andrew Lawson
*Plaintiff*
P. O. Box 3000
Cypress, Texas  77410-3000
281-690-6604

EEOC Form 161 (11/16)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Andrew P. Lawson<br>P.O. Box 3000<br>Cypress, TX 77410 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2018-03601 | Vernon M. Gardner, Jr.,<br>Investigator | (713) 651-4938 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     *[signature]* for Rayford O. Irvin, District Director     5/4/18 *(Date Mailed)*

cc:   Eve Shelly<br>
EEO Manager<br>
TDCJ<br>
2 Financial Plaza Ste. 600<br>
Huntsville, TX 77340

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2018-03601 |
|---|---|---|

Texas Workforce Commission Civil Rights Division _____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Andrew P Lawson | (281) 690-6604 | 1973 |

Street Address: P.O. Box 3000, CYPRESS, TX 77410

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| TEXAS DEPT OF CRIMINAL JUSTICE (PAM LYNCHER STATE JAIL) | 501+ | |

Street Address: 2 FINANCIAL PLAZA, HUNTSVILLE, TX 77340

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2014  Latest: 07-19-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. On or about July 19, 2017, I was discharged from my position as Correctional Officer. II. I was subjected to continued discrimination and harassment which led to termination of my employment 07/19/2017. Employer falsified my employee record by compelling me to use a FAKE social sec number even though I complained numerous times. Employer falsified and manipulated my medical records furnished to them and used it as a basis to terminate me .....Employer numerous times ordered me to falsify state documents which I refused to and have threatened my job and I filed numerous EEO'S with HR to no avail. Hostile work environment and retaliation because I made a complaint about the malpractice that ensues in my work place causing me to be singled out numerous times and punish me with administrative actions for things I didn't even do wrong and disciplined harsher than others who may do the same thing.. Also because I'm 40 and above I wasn't given equal opportunities and treatment like others, Even Texas workforce commission noticed the manipulation because they terminated me without good cause. III. I believe that I was discriminated against because of my Age (45), Race (Black), National Origin (Caribbean) and Retaliation in violation of the Age Discrimination in Employment Act of 1967 (ADEA), as amended; and Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Andrew Lawson on 04-30-2018 10:28 AM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*